UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARLENE D. FALWEY,<br><br>Defendant. | 9:22-PO-5060-KLD<br>Ticket Number: F02S000Z and<br> F02S000Y<br>Location Code: M10<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Darlene D. Falwey, called and entered a plea of guilty over the phone to the charges of: POSSESSING OR LEAVING REFUSE, DEBRIS OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION and CAMPING LONGER THAN ALLOWED BY THE ORDER.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $140.00 plus $40.00 in fees for POSSESSING OR LEAVING REFUSE, DEBRIS OR LITTER IN AN EXPOSED OR UNSANITARY CONDITION and $65.00 plus $40.00 in fees for CAMPING LONGER THAN ALLOWED BY THE ORDER for a total of $285.00.  The fine shall be paid as follows: Defendant shall pay $20.00 per month starting December 30, 2022, and then every month thereafter until paid in full.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule

of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 1, 2022.

12/8/22
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge